Mark W. Eisenberg, Esq., SBN 160202
**EISENBERG LAW FIRM, APC**
300 Spectrum Center Drive, Suite 1170
Irvine, California 92618
Telephone: (949) 250-8000
Facsimile: (949) 250-8877
mwe@injuryresourcecenter.com

Attorneys for Plaintiffs,
MARIA LEAL and NICHOLAS QUINTERO,
as Personal Representatives of the Estate of
Ernesto Quintero, deceased

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIA LEAL and NICHOLAS QUINTERO as Personal Representatives of the Estate of Ernesto Quintero, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO SHERIFF'S DEPARTMENT; JOHN MCMAHON; JEFF ROSE; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO.  5:14-cv-01257-JFW (MANx)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JOHN F. WALTER<br><br>COMPLAINT FILED: June 20, 2014<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41**<br><br>and ORDER |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel, Mark W. Eisenberg, Esq. of the Eisenberg Law Firm, APC on behalf of plaintiffs, MARIA LEAL and NICHOLAS QUINTERO as Personal Representatives of the Estate of Ernesto Quintero, deceased, and Roger A. Colvin, Esq. of Alvarez-Glasman & Colvin on behalf of defendants, COUNTY OF SAN BERNARDINO, SAN BERNARDINO SHERIFF'S DEPARTMENT,

1  JOHN MCMAHON and JEFF ROSE, that the above-captioned action, Case No.
2  5:14-cv-01257-JFW (MANx), and all causes of action set forth therein, be
3  dismissed with prejudice.

5  Dated: March 5, 2015                    EISENBERG LAW FIRM, APC

7                                          By: /S/ Mark W. Eisenberg
8                                              MARK W. EISENBERG
   Attorneys for Plaintiffs, MARIA LEAL and
9  NICHOLAS QUINTERO, as Personal
   Representatives of the Estate of
10 Ernesto Quintero, deceased

15 Dated: March 5, 2015                    ALVAREZ-GLASMAN & COLVIN

17                                         By: /S/ Roger A. Colvin
                                               ROGER A. COLVIN
18 Attorneys for Defendants, COUNTY OF
   SAN BERNARDINO, SAN
19 BERNARDINO SHERIFF'S
   DEPARTMENT, JOHN MCMAHON and
20 JEFF ROSE

23                IT IS SO ORDERED
24                     3/6/15

                  /s/ John F. Walter

27     **Motion to Dismiss [30] denied as MOOT

---

2
Stipulation for Dismissal Pursuant to FRCP Rule 41